OPINION — AG — 19 O.S. 515.1 [19-515.1] SO AS TO PRESCRIBE A METHOD OF TRANSMITTAL OF SUMMONS, SUBPOENAS OR PROCESS TO THE COURT CLERK OF THE COUNTY IN WHICH THE SAME IS TO BE SERVED (BOTH IN CIVIL AND CRIMINAL ACTIONS), AND TO FURTHER PROVIDE A METHOD FOR THE RETURN OF SAID PROCESS TO THE COURT CLERK OF THE COUNTY FROM WHICH THE SAME WAS ISSUED AND FOR THE PAYMENT OF SUCH SERVICE. CITE: 75 O.S. 23 [75-23] (LYNNIE CLAYTON)